# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LIONELL PRITCHETTE,<br><br>        Petitioner,<br><br>        v.<br><br>CONNIE GIPSON, Warden,<br><br>        Respondent. | NO. CV 12-6584 ABC (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 6, 2012.

_/s/ Audrey B. Collins_
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE